## DISCIPLINARY CASES

**DD 78.   Columbus Bar Assn. v. Edwards.**

On November 12, 1969, this court permanently disbarred respondent, William D. Edwards, Attorney Registration No. 0051261. On December 17, 2001, movant, Disciplinary Counsel, filed a motion for order to appear and show cause, requesting the court to issue an order directing William D. Edwards to appear and show cause why he should not be found in contempt for his failure to comply with this court's November 12, 1969 order. On February 22, 2002, this court granted the motion and ordered respondent to show cause by filing a written response why he should not be found in contempt. On March 13, 2002, respondent filed an answer. Upon consideration thereof,

IT IS ORDERED by the court that respondent is hereby found in contempt and fined $500. It is further ordered that the fine is stayed provided that the respondent commits no further violations.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1).

*April 11, 2002*

## MOTION AND PROCEDURAL RULINGS

**01–900.   State v. Heil.**

Geauga App. No. 2000–G–2268. This cause is pending before the court as an appeal from the Court of Appeals for Geauga County. Upon consideration of the motion of amicus curiae, Attorney General of Ohio, to participate in oral argument scheduled for April 24, 2002,

IT IS ORDERED by the court that the motion of amicus curiae to participate in oral argument be, and hereby is, granted, and amicus curiae shall share the time allotted to appellant.

**01–2263.   LTC Ohio, Inc. v. Franklin Cty. Bd. of Revision.**

Board of Tax Appeals, No. 99–T–1993. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the appellant's motion for extension of time to file appellant's merit brief pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before May 10, 2002.

*April 17, 2002*

## MERIT DECISIONS WITHOUT OPINIONS

**2002–0266.   Williams v. Hamilton Cty. Court of Common Pleas.**

In Mandamus. On complaint in mandamus of Donald L. Williams, Sr. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–0388.   State ex rel. Goins v. Bressler.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**2002–0390.   Killings v. Gorman.**

In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.